HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
WILLIAM TOSCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-094 EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DETENTION HEARING |
| vs. | Date: June 10, 2019 |
| WILLIAM TOSCA, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Adrian Kinsella, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for William Tosca that the detention hearing scheduled for June 10, 2019 be vacated and continued to June 11, 2019 at 2:00 p.m. The Pretrial Services officer has no objection to the continuance.

The reason for the continuance is to allow Mr. Tosca and Ms. Labaree additional time to meet and confer.

[THIS SPACE LEFT BLANK INTENTIONALLY]

Stipulation and [Proposed] Order to Continue Detention Hearing

-1-

| | | |
|---|---|---|
| DATED: June 7, 2019 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender<br>Attorney for WILLIAM TOSCA |
| DATED: June 7, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Adrian Kinsella*<br>ADRIAN KINSELLA<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**It is further ordered** that June 10, 2019 detention hearing shall be continued until June 11, 2019, at 2:00 p.m.

Dated: June 7, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge